IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANEANE DAVIS-JACKSON, | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 18-2822 |
| | : | |
| AMERICAN AIRLINES, | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this 8th day of August 2018, upon considering Plaintiff's *pro se* Complaint (ECF Doc. No. 2), renewed Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 7), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 7) is **GRANTED**;

2. The Complaint (ECF Doc. No. 2) is deemed filed;

3. The Complaint (ECF Doc. No. 2) is **DISMISSED without prejudice** for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. We grant Ms. Davis-Jackson **leave to file an amended complaint** no later than **September 10, 2018** if, consistent with Fed.R.Civ.P. 11, she can plead facts giving rise to plausible claims curing the defects in our Memorandum. An amended complaint shall be a complete document and identify all Defendants in the caption in addition to the body, and shall describe in detail the basis for Ms. Davis-Jackson's claims against each Defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until further order;

5. The Clerk of Court shall provide Ms. Davis-Jackson with a blank copy of this Court's current form complaint for a Plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case; and,

6. We may dismiss this case for failure to prosecute without further notice if Ms. Davis-Jackson fails to timely file an amended complaint.

_____
KEARNEY, J.