IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANEANE DAVIS-JACKSON | : | CIVIL ACTION |
| v. | : | NO. 18-2822 |
| AMERICAN AIRLINES | : | |

# ORDER

**AND NOW**, this 23rd day of January 2019, upon considering Plaintiff's renewed Motion for appointment of counsel (ECF Doc. No. 20), after Defendant's Answer to the Amended Complaint (ECF Doc. No. 18), it is **ORDERED**:

1. Plaintiff's Motion for appointment of counsel (ECF Doc. No. 20) is **GRANTED**;

2. We **refer** this case to our Court's Employment Panel for immediate posting until the earlier of an entry of appearance for Ms. Davis-Jackson or **March 25, 2019**; and,

3. We **adjourn** the obligations in our January 22, 2019 Order (ECF Doc. No. 19), including the Rule 16 conference, until further Order.

KEARNEY, J.