**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FEBRUARY 12, 2019

SHANEANE DAVIS-JACKSON

                    CIVIL ACTION

        v.

                    NO. 18-cv-2822

AMERICAN AIRLINES

## NOTICE

Please take notice that pursuant to the Standing Order re: Attorney Panel for Pro Se Plaintiffs in Employment Cases, your case has been referred to JUDGE PAUL S. DIAMOND for early mediation.

                                      KATE BARKMAN
                                      Clerk of Court