IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANEANE DAVIS-JACKSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-2822 |
| AMERICAN AIRLINES, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 23rd day of February, 2022, upon consideration of Defendant American Airlines' Motion for Summary Judgment (Doc. No. 78), and the briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED** and judgment is entered against Plaintiff and in favor of Defendant.
2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE